UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:19-CR-00832 |
| | § |
| GERALD M GOINES | § |
| | § |
| Defendant | § |

### NOTICE OF STATUS CONFERENCE ZOOM LINK

A Status Conference is set for **September 19, 2022 at 3:00 PM.** The hearing will be conducted using the ZoomGov.com videoconferencing program. Join the hearing on zoomgov.com by clicking or copying and pasting the following link:

Judge George C. Hanks, Jr. is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting:
https://www.zoomgov.com/j/1616934703?pwd=QkNpYmoxZldFemM3cDlPc0MyM3NVdz09
Meeting ID: 161 693 4703
Passcode: 393746
Dial-in: 1-669-254-5252

Nathan K. Ochsner, Clerk of Court

Date:   September 13, 2022

B. Thomas, Case Manager to
United States Judge George C. Hanks, Jr.