United States District Court
Southern District of Texas
**ENTERED**
January 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | Criminal Action No. 4:19-cr-832-02 |
| | § § § | |
| STEVEN O. BRYANT (2) | § | |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR CONTINANCE OF SENTENCING**

On this date the Court considered Defendant Steven O. Bryant's Unopposed Motion for Continuance of Sentencing in the above-referenced cause and, after considering said motion, finds that the Motion should be and hereby is GRANTED. It is, therefore,

ORDERED that sentencing in this matter is continued until  August 7, 2023  at  11:00 AM . It is further

ORDERED that the associated deadlines are also continued as follows:

- By  July 3, 2023 , the initial presentence report must be disclosed to counsel;

- By  July 17, 2023 , counsel must object in writing to the facts used and application of the guidelines or state that there is no objection; and

- By  July 31, 2023 , the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

SIGNED the  10th  day of  January , 2023.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge