United States District Court
Southern District of Texas
**ENTERED**
July 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:19-CR-00832-001 |
| § | |
| GERALD M GOINES § | |

## ORDER RESETTING STATUS CONFERENCE

Accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a status conference be scheduled for **OCTOBER 2, 2023 at 9:30 AM**, by videoconference.

SIGNED at Houston, Texas on July 6, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE