United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 4:19-CR-00832 |
| GERALD GOINES | § § | |

## ORDER

Accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a Status Conference be scheduled for **January 4, 2024 at 9:30 AM**, by videoconference.

SIGNED at Houston, Texas on September 28, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE