UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action No. 4:19-cr-832-02 |
| STEVEN O. BRYANT (2) | § § § | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

On this date the Court considered Defendant Steven O. Bryant's Unopposed Motion to Continue Sentencing in the above-referenced cause and, after considering said motion, finds that the Motion should be and hereby is GRANTED. It is, therefore,

ORDERED that sentencing in this matter is continued until  August 5, 2024  at  11:00 AM . It is further

ORDERED that the associated deadlines are also continued as follows:

- By  July 2, 2024 , the initial presentence report must be disclosed to counsel;

- By  July 16, 2024 , counsel must object in writing to the facts used and application of the guidelines or state that there is no objection; and

- By  July 30, 2024 , the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

SIGNED the  9th  day of  January , 2024.

_George C. Hanks Jr_
George C. Hanks Jr.
United States District Judge