United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-CR-00832 |
| | § | |
| GERALD GOINES | § | |

## **ORDER**

Accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a Status Conference be scheduled for **June 24, 2024 at 1:00 PM**, by videoconference.

SIGNED at Houston, Texas on March 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE