**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:19–cr–00832 |
| § | |
| Patricia Ann Garcia § | |

# ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Final Hearing on Supervised Release Violation
June 27, 2024 at 11:30 AM
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 20, 2024

_____
Yvonne Y. Ho
United States Magistrate Judge