United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:19-CR-832-01 |
| § | |
| GERALD GOINES § | |

## ORDER

Accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a Status Conference be scheduled for **September 16, 2024 at 1:00 PM,** by video-conference.

SIGNED at Houston, Texas on June 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE