UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. H-19-CR-832 |
| § | |
| GERALD M. GOINES § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Senior Warden Moises Villalobos, Texas Department of Criminal Justice, Wallace Pack Unit, 2400 Wallace Pack Road, Navasota, Texas 77868

TO:   United States Marshal, Southern District of Texas, or any other duly authorized United States Marshal

GREETINGS:

We command that you have the body of **GERALD M. GOINES; TDCJ# 02521070; SID# 10545645**, now duly committed to the custody of the Texas Department of Criminal Justice (TDCJ) in Navasota, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 3rd day of December 2024, at 11:30 a.m., there and at that time to appear for a status conference and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to Warden Villalobos and TDCJ in Navasota, Texas under safe and secure conduct, and have you then and there this Writ.

SO ORDERED this   13th   day of November, 2024.

_____
GEORGE C. HANKS, JR.
United States District Judge
Southern District of Texas