AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gerald Goines | ) | Case No. 4:19-CR-832-01 |
|  | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Boyd Smith
2905 Sackett Street
Houston, Texas 77098

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | The Honorable George C. Hanks, Jr.<br>515 Rusk Street<br>Houston, Texas 77002 | Courtroom No.: 6202 |
|---|---|---|
| | | Date and Time: December 3, 2024 at 11:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

the cell phone of complainant Dennis Tuttle recovered from 7815 Harding Street, Houston, Texas.

(SEAL)

Date: _____

                                                    CLERK OF COURT

                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Gerald Goines___, who requests this subpoena, are:

Nicole DeBorde Hochglaube
3515 Fannin Street
Houston, Texas 77004
713-526-6300
nicole@houstoncriminaldefense.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:19-CR-832-01

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_\_0\_\_\_\_\_ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |