UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:19-CR-832 |
| | § | |
| GERALD M. GOINES | § | |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING ORDER**

TO THE HONORABLE GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW, the United States of America, by and through undersigned counsel, and respectfully moves this Honorable Court for a continuance of the scheduling order for good cause and would show as follows:

I.

Mr. Gerald M. Goines' case is set for a pre-trial conference on January 26, 2026. Jury Selection and Trial are set for February 2, 2026. This case involves large amounts of discovery, which has taken time to review and distill. Additionally, the underlying facts of this case were the subject of a state trial which produced and an unusually large record requiring both sides substantial time to review. Further, Mr. Goines and the United States remain in discussions about a possible resolution in this matter and believe it may be possible to reach a resolution without trial. Both the prosecution and counsel for Mr. Goines agree that additional time is needed in the interest of justice and in hopes of reaching resolution. Given these discussions, and the schedules of counsel for both sides, the parties believe that a continuance to the week of March 23, 2026, if that date would be acceptable to the Court, would allow for work and negotiations to be completed.

II.

This motion is made not for the purpose of delay, but that justice may be done in this matter, and we believe granting this motion would be in the interests of justice.

CERTIFICATE OF CONFERENCE

On January 21, 2026, the undersigned Assistant United States Attorney conferred with Nicole DeBorde Hochglaube and Molly Bagshaw, counsel for defendant, concerning their position on this Unopposed Motion to Continue Scheduling Order, and each of them stated she was in agreement with the Court granting this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully prays that this motion be granted, that the Court continue the scheduling order for no sooner than the week of March 23, 2026, if that scheduling works for the Court.

Respectfully submitted this 22nd day of January, 2026.

NICHOLAS J. GANJEI
United States Attorney

By:   /s/ Arthur R. Jones
ARTHUR R. JONES
Assistant United States Attorney
Federal Bar No. 32963
Texas Bar No. 24051986
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9357
Fax: 713-718-3305

**CERTIFICATE OF SERVICE**

I, Arthur R. Jones, certify that a true and correct copy of this notice was served on counsel for defendant via electronic case filing (ECF), on this the 22nd day of January, 2026.

          By:    */s/ Arthur R. Jones*
                 ARTHUR R. JONES
                 Assistant United States Attorney