IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | NO. 4:19-CR-00832 |
| GERALD M. GOINES | § | |

### JOINT MOTION TO CONTINUE SCHEDULING ORDER

TO THE HONORABLE GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, GERALD M. GOINES, Defendant, by and through his undersigned counsel, and respectfully moves this Honorable Court for a continuance of the scheduling order for good cause would show as follows:

I.

Mr. Gerald M. Goines' case is set for trial on March 23, 2026. Mr. Goines and the government are still in discussions about a possible resolution in this matter and believe it may be possible to reach a resolution without trial. Both the prosecution and counsel for Mr. Goines agree that a brief continuance is needed to finalize negotiations about a possible resolution.

II.

This motion is made, not solely for the purpose of delay, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully prays that this motion be granted, that the Court continue the scheduling order to include new dates for at least 30 days.

        Respectfully submitted,

        */s/ Nicole DeBorde Hochglaube*
        NICOLE DEBORDE HOCHGLAUBE
        Federal ID No. 16839
        TBA No. 00787344
        3515 Fannin Street
        Houston, Texas 77004
        Telephone:  (713) 526-6300
        Facsimile:  (713) 808-9444
        Email:  Nicole@DeBordeLawFirm.com

        Attorneys for Defendant,
        GERALD M. GOINES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-CR-00832 |
| | § | |
| GERALD M. GOINES | § | |

## CERTIFICATE OF CONFERENCE

On March 12, 2026 counsel for Defendant conferred with AUSA Arthur R. Jones concerning his position on this Unopposed Motion to Continue Scheduling Order and he is in agreement with this motion.

                                                      */s/ Nicole DeBorde Hochglaube*
                                                      NICOLE DEBORDE HOCHGLAUBE

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and contemporaneously sent the motion to AUSA Arthur R. Jones via email.

                                                      */s/ Nicole DeBorde Hochglaube*
                                                      NICOLE DEBORDE HOCHGLAUBE