**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                                                Case Number: 4:19−cr−00832

Gerald M Goines

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  8/26/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: July 20, 2026

Nathan Ochsner, Clerk
by K. Picota, Deputy Clerk