**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:19–cr–00832 |
| | § | |
| Gerald M Goines | § | |

# Notice of Cancellation

A proceeding in this case as to Gerald M Goines has been canceled as set forth below.

Canceled setting: Status Conference

Date and Time: July 24, 2026 at 12:15 p.m.

Date: July 21, 2026

Nathan Ochsner, Clerk
