IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-CR-00832 |
| | § | |
| GERALD M. GOINES | § | |

**JOINT MOTION TO CONTINUE SCHEDULING ORDER**

TO THE HONORABLE GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, GERALD M. GOINES, Defendant, by and through his undersigned counsel, and respectfully moves this Honorable Court for a continuance of the scheduling order for good cause would show as follows:

I.

Mr. Gerald M. Goines' case is set for trial on August 17, 2026. Mr. Goines is currently set for re-arraignment on August 26, 2026. Both the prosecution and counsel for Mr. Goines agree that a brief continuance is needed to finalize a resolution.

II.

This motion is made, not solely for the purpose of delay, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the defense and prosecution

respectfully pray that this motion be granted, that the Court continue this matter.

Respectfully submitted,

*/s/ Nicole DeBorde Hochglaube*

NICOLE DEBORDE HOCHGLAUBE
Federal ID. No. 16839
Texas Bar No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Email: Nicole@DeBordeLawFirm.com

Attorney for Defendant,
GERALD M. GOINES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-CR-00832 |
| | § | |
| GERALD M. GOINES | § | |

**CERTIFICATE OF CONFERENCE**

On August 14, 2026 counsel for Defendant conferred with AUSA Heather Winter concerning his position on this Unopposed Motion to Continue Scheduling Order and she is in agreement with this motion.

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and contemporaneously sent the motion to AUSA Heather Winter via email.

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE