**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:19−cr−00832

Gerald M Goines

---

# NOTICE OF RESETTING

**A proceeding has been reset in this case as to Gerald M Goines as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/28/2026

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

---

Date: August 25, 2026 Nathan Ochsner, Clerk
by K. Picota, Deputy Clerk