United States Courts
Southern District of Texas
FILED
August 27, 2026
Nathan Ochsner, Clerk of Court

# SENTENCE DATA SHEET

**DEFENDANT:** Gerald M. Goines

**CRIMINAL NO.:** H-19-CR-832-1

**GUILTY PLEA:** Counts One and Two of the Indictment

**PLEA AGREEMENT:**

Pursuant to Rule 11(c)(1)(A) and (C) the Defendant will plead guilty to Count One and Count Two of the Indictment. In exchange for this plea the United States and defendant agree the Court sentence the defendant to a term of imprisonment of five years. The United States also agrees to dismiss the remaining counts of the Indictment pending against the defendant (Counts Three through Seven) at the time of sentencing.

If the Court determines that Defendant qualifies for an adjustment under U.S.S.G. § 3E1.1(a), and the offense level prior to operation of § 3E1.1(a) is 16 or greater, the United States will move under § 3E1.1(b) for an additional one-level reduction because Defendant timely notified authorities of his or her intent to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources more efficiently.

The United States also agrees not to proceed on the "resulting in death" language in Count One or Count Two of the Indictment.

**COUNT 9:** Deprivation of Rights Under Color Law, involving a dangerous weapon and resulting in bodily injury, in violation of Title 18, United States Code, Sections 242 and 2.

**ELEMENTS:**

*First*: That the defendant deprived Dennis Tuttle (Count One) and Rhogena Nicholas (Count Two), of a right secured by the Constitution of laws of the United States by committing one or more of the acts charged in the Indictment;

*Second*: That the defendant acted willfully, that is, that the defendant committed such act or acts with a bad purpose to disobey or disregard the law, specifically intending to deprive Dennis Tuttle (Count One) and Rhogena Nicholas (Count Two) of that right;

*Third*: That the defendant acted under color of law; and

*Fourth*: That the defendant's conduct included the use, attempted use, or threatened use of a dangerous weapon, and bodily injury resulted from the defendant's conduct.

| | |
|---|---|
| **MAXIMUM PENALTY:** | Up to 10 years imprisonment; a fine of up to $250,000; up to three (3) years of supervised release; and a $100.00 special assessment. |
| **SENTENCING GUIDELINES:** | Applicable and advisory. |
| **SUPERVISED RELEASE:** | Up to three (3) years of supervised release. |
| **SPECIAL ASSESSMENT:** | $100.00 |
| **DEFENDANT'S IMMIGRATION STATUS:** | United States citizen |