UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Criminal Action No. 4:19-cr-832-02 |
| | § | |
| | § | |
| STEVEN O. BRYANT (2) | § | |

**DEFENDANT STEVEN O. BRYANT'S UNOPPOSED MOTION FOR LEAVE TO MODIFY CONDITIONS OF SUPERVISION**

Defendant Steven O. Bryant ("Mr. Bryant") seeks leave from this Court to modify the terms of his post-conviction Conditions of Supervision to allow for limited travel outside the area to which he is currently restricted.

On June 1, 2021, Mr. Bryant entered a plea of guilty to Destruction, Alteration, or Falsification of Records in Federal Investigations and Bankruptcy, in violation of 18 U.S.C. § 1519. On September 15, 2026, Mr. Bryant was sentenced to probation for a term of five years. *See* Judgment in a Criminal Case (Dkt. 266) (the "Judgment").

Pursuant to the Court's Standard Conditions of Supervision filed as part of the Judgment, Mr. Bryant is presently prohibited from knowingly leaving the Southern District of Texas, which is the federal district where he is authorized to reside, without first receiving permission from the Court or the probation officer. *See* Judgment at 3, ¶ 3. Mr. Bryant seeks to modify this travel restriction so that he may travel throughout the State of Texas without restrictions.

In the intervening years between his guilty plea and sentencing, Mr. Bryant sought and was granted several modifications to the conditions of his supervised pretrial release. In 2019, the Court modified Mr. Bryant's travel restriction to allow him to accompany his daughter on her volleyball tournaments. (Dkt. 46). In 2020, the Court further modified Mr. Bryant's travel restriction to allow him to travel outside Harris County and the counties bordering Harris County for the limited purpose of performing contract work. (Dkt. 54). Finally, in 2022, the Court modified Mr. Bryant's travel restriction to allow him to travel throughout the State of Texas without restrictions. (Dkt. 156). Mr. Bryant demonstrated compliance with all conditions of his pretrial release. *See* Sealed Presentence Investigation Report (Dkt. 227), ¶ 7.

Mr. Bryant now respectfully seeks to modify the travel restriction in the Standard Conditions of Supervision so that he may travel throughout the State of Texas without restrictions, as he was permitted to do when under pretrial supervision.

Counsel for Mr. Bryant has consulted with attorneys for the Government and they are unopposed the proposed modification.

Respectfully submitted,

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

/s/ *Anthony D. Drumheller*

Anthony D. Drumheller
State Bar No. 00793642
Federal I.D. No. 22734
Derek S. Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569
712 Main Street, Suite 1705
Houston, Texas 77002

Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Emails: adrumheller@dhmlaw.com
dhollingsworth@dhmlaw.com

**ATTORNEYS FOR DEFENDANT**
**STEVEN O. BRYANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with U.S. Attorney's Office regarding the matters addressed in this Motion, and they are unopposed to the relief sought herein. I further certify that I conferred with the U.S. Probation Office by telephone on October 5, 2026, regarding the matters addressed in this Motion, and they indicated that they do not take a position.

/s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

/s/ *Anthony D. Drumheller*
Anthony D. Drumheller