**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:19−cr−00832

Gerald M Goines

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Gerald M Goines as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/21/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: November 4, 2026 Nathan Ochsner, Clerk
by , Deputy Clerk